AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:18MJ5033 |
| MARK ALEX SIMON | ) | |
| Defendant | ) | |

FILED
9:58 am Feb 08 2018
Clerk U.S. District Court
Northern District of Ohio
Toledo

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **MARK ALEX SIMON**,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1028(a)(1) (Production of an identification document, false identification document, or authentication feature);

18 U.S.C. § 1028(a)(2) (Transfering an identification document, false identification document, or authentication feature);

18 U.S.C. § 1028(a)(5) (Production, transfer, or possession of document-making implements).

Date: **Feb 8, 2018**

*Issuing officer's signature*

City and state:   Toledo, Ohio

James R. Knepp, II, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/8/18, and the person was arrested on *(date)* 2/8/18
at *(city and state)* Toledo, OH.

Date: 2/8/18

*Arresting officer's signature*

Steve Snyder, Special Agent
*Printed name and title*